**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN -1 P 12: 20

U.S. DISTRICT COURT
HARTFORD, CT.

WILLIAM HEFFNER

    v                              CASE NO. 3:02cv407 (CFD)

WHITE OAK CORP.

### NOTICE TO COUNSEL

The above-entitled case was reported to the Court on April 15, 2004 to be settled. Under Local Rule 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on **June 21, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

It is so ordered.

Dated at Hartford, Connecticut this 28th day of May, 2004.

                                      KEVIN F. ROWE, CLERK

                                      BY _____
                                      Devorah Johnson
                                      Deputy Clerk