UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT

2004 JUN 24  P 12: 01

U.S. DISTRICT COURT
HARTFORD, CT.

WILLIAM HEFNER                    :

    Vs.                           :        CASE NO.3:02CV407(CFD)

MARTINUS VAN BREEMS               :
MARETINUS VAN BREEMS, INC.
VAN-BREEMS-HOLLAND YACHTS, INC.

## JUDGMENT

Counsel of record having reported to the court on April 15, 2004 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, June 24, 2004

KEVIN F. ROWE, CLERK

BY _____
    Devorah Johnson
    Deputy Clerk

EOD_____